# United States Court of Appeals
# for the Federal Circuit

———————————

November 23, 2011
**ERRATA**

———————————

2010-1395

TIANRUI GROUP COMPANY LIMITED and
TIANRUI GROUP FOUNDRY COMPANY LIMITED,

Appellants,

and

STANDARD CAR TRUCK COMPANY, INC. and
BARBER TIANRUI RAILWAY SUPPLY, LLC,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

AMSTED INDUSTRIES INCORPORATED,

Intervenor.

On appeal from the United States International Trade
Commission in Investigation No. 337-TA-655.

———————————

Decided:  October 11, 2011
Precedential Opinion

———————————

Please make the following change:
Page 1, change "With him on the brief" to "with her on the brief".